■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE MONAHAN, Appellant. — Judgment of the County Court, Rockland County (Edelstein, J.), rendered October 27, 1983, affirmed (see *People v Iannone*, 45 NY2d 589; *People v Fitzgerald*, 45 NY2d 574; *People v Thomas*, 74 AD2d 317, affd 53 NY2d 338; *People v Corti*, 88 AD2d 345; cf. *People v Pelchat*, 62 NY2d 97).

The case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Weinstein, Rubin and Eiber, JJ., concur.